# Court of Appeals, State of Michigan

## ORDER

People of MI v Robert Ray-Riley Goins

Docket No.    318215

LC No.        12-008569-FH

Peter D. O'Connell
Presiding Judge

David H. Sawyer

Jane E. Markey
Judges

The Court orders that the February 10, 2015 unpublished per curiam opinion is hereby AMENDED to correct the spelling of the defendant's name listed in the caption as follows: Robert Ray-Riley Goins.

In all other respects, the February 10, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 13 2015
Date

Chief Clerk